**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6045**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MOHAMMED HAMMOUDE, a/k/a Mohammad Hammoudeh,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (CR-00-9-A)

Submitted:  October 19, 2005          Decided:  October 26, 2005

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammed Hammoude, Appellant Pro Se.  Robert William Wiechering, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mohammed Hammoude appeals the district court's order denying his motion for termination of supervised release. We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Hammoude, CR-00-9-A (E.D. Va. filed Jan. 10, 2005; entered Jan. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED